ACCEPTED
04-14-00806-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/10/2015 4:27:12 PM
KEITH HOTTLE
CLERK

# LOPEZ PETERSON, PLLC

### ATTORNEYS AT LAW
COLONNADE SQUARE I
101 WEST HILLSIDE, SUITE 1
LAREDO, TEXAS 78041
956/718-2134
FAX: 956/718-2045

Email: cpeterson@lopezpeterson.com

March 10, 2015

Court of Appeals
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas  78205-3037

>        Re:    No. 04-14-00806-CV; *Amado Abascal III v. Rodolfo Flores Galvan and G&M Logistics Corp.*
>        **ADR statement**

Honorable Court of Appeals:

Pursuant to the Court's Order dated February 24, 2015 regarding Alternative Dispute Resolution, the parties hereby agree to mediate this case with Judge Raul Vasquez.  Judge Vasquez's fee schedule is attached to this letter.

Thank you.

Sincerely,

CHRISTOPHER C. PETERSON
Attorney for Defendants Rodolfo Flores Galvan and G&M Logistics

CCP/mh

Agreed:

Carlos Soltero w/ Permission CCP
_____
Carlos R. Soltero
MCGINNIS, LOCHRIDGE & KILGORE, LLP
Attorney for Plaintiffs

T:\Chris\98245.034\Abascal case\Correspondence\Clerk\Court of Appeals.1 (adr).doc

# Raul Vasquez
## Senior District Judge

Judge Raul Vasquez retired from judicial service on December 31, 2010 after 29 years in office. He is currently assigned as a visiting judge for Webb and Zapata Counties and is doing mediations in Houston, San Antonio and South Texas. While in office, Judge Vasquez was proactive in settlement conferences and helped settle many of the major cases pending in his court. He is quickly gaining a great reputation as a mediator in South Texas.

On March 2013, Judge Elma Salinas Ender, former judge of the 341st District Court of Webb County, joined Judge Vasquez in forming South Texas ADR. South Texas ADR was formed to fill the need for mediators in South Texas, particularly Laredo, Eagle Pass, Zapata, San Antonio, Corpus Christi, McAllen and Brownsville.

## Career Summary

| | | |
|---|---|---|
| Law Office of Raul Vasquez | | Presently |
| South Texas ADR | | Presently |
| Senior District Judge Webb/Zapata Counties | | Presently |
| 111th District Court | Judge | 1998- 2010 |
| Webb County Court at Law #1 | Judge | 1987-1998 |
| Justice of the Peace | Judge | 1981-1986 |
| Law Offices of Raul Vasquez | Attorney at Law | 1980-1986 |
| Laredo Legal Aid | Attorney at Law | 1979-1980 |

## Community Involvement

| | |
|---|---|
| Texas Center for the Judiciary, Inc. | Former - Board Member |
| Texas College for New Judges | Former - Faculty Member |
| Webb County Court Administration of Judges | Former Board Member |
| Webb County Juvenile Department | Former Board Member |
| Webb County Auditor's Department | Former Board Chairperson |
| Webb County Community Supervision and Corrections Department | Former - Board Chairperson |
| State Bar of Texas | Member |
| Laredo Bar Association | Member |
| | |
| Laredo Youth Conference | Founding Member |
| Webb County Angel Wish | Founding Member |
| Children's Coalition | Founding Member |
| Webb County Family PRIDE Council | |
| Children's Trust Fund of Texas | Former-Member |
| Communities in Schools | Former - Advisory Board |
| SCAN | Former - Advisory Board |
| Child Advocacy | Former - Advisory Board |
| Boy Scouts of America | Former-Membership Director |

## Honors and Awards

| Year | Award |
|------|-------|
| 2010 | Law Day Chair |
| 2006 | LULAC Tejano Achiever Award |
| 2004 | Law Day Honorary Chair |
| 2000 | "Tiger Legend Award" Martin High School |
| 1995 | Muscular Dystrophy Humanitarian of the Year |
| 1986 | Laredo Young Lawyers Association "Outstanding Lawyer" |

Mediation Fee Schedule for Judge Raul Vasquez

Address: 7718 McPherson Rd., Suite F-105
Laredo, Texas 78045
Phone Number: (956) 717-5809

For Mediation in the Office:

Half-day: $600.00 per adversarial party

Full-day: $1,200.00 per adversarial party

For Mediation out of the Office:

Half-day: $750.00 per adversarial party

Full-day: $1,500.00 per adversarial party